summary proceedings were brought, the landlord is, nevertheless, at this stage, entitled to the final order rendered by the Municipal Court, because tenant never appealed from such final order. Concur — Breitel, J. P., M. M. Frank, Valente, McNally and Bastow, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. TIMOTHY INGRAHAM.— Motion for leave to appeal as a poor person dismissed, having become academic by virtue of the decision of this court in *People* v. *Ingraham* (10 A D 2d 848). Concur — Breitel, J. P., Rabin, M. M. Frank, Stevens and Bastow, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. TIMOTHY INGRAHAM.— Motion by respondent to dismiss appeal granted. Concur — Breitel, J. P., Rabin, M. M. Frank, Stevens and Bastow, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. SAMUEL SCIANTI.— Motion for leave to appeal as a poor person denied. Concur — Botein, P. J., Breitel, M. M. Frank, Valente and McNally, JJ.

■ In the Matter of SANFORD STEIN against JOHN M. MURTAGH et al.— Motion for an order to desist and refrain and for a stay denied. Concur — Botein, P. J., Breitel, M. M. Frank, Valente and McNally, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. MILES CONNOR.— Motion for leave to appeal as a poor person denied, with leave to defendant-appellant to renew if no hearing is had in the County Court, Bronx County, on the defendant's application for a writ of error *coram nobis*. Concur — Breitel, J. P., Rabin, M. M. Frank, Stevens and Bastow, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. MILES CONNOR.— Motion to dismiss appeal denied, with leave to respondent to renew if a hearing is had in the County Court, Bronx County, on the defendant-appellant's application for a writ of error *coram nobis*. Concur — Breitel, J. P., Rabin, M. M. Frank, Stevens and Bastow, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. LAURENCE CARROLL.— Motion to dismiss appeal granted. Concur — Breitel, J. P., Rabin, M. M. Frank, Stevens and Bastow, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. LAURENCE CARROLL.— Motion for leave to appeal as a poor person dismissed, having become academic by virtue of the decision of this court in *People* v. *Carroll* (10 A D 2d 848). Concur — Breitel, J. P., Rabin, M. M. Frank, Stevens and Bastow, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, ex rel. LEONARD M. TODD against STEPHEN P. KENNEDY, Police Commissioner of the City of New York.— Motion for preference denied. Concur — Breitel, J. P., Rabin, M. M. Frank, Stevens and Bastow, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. RICHARD HARRIS.— Motion for an enlargement of time granted, insofar as to extend defendant's time to serve and file the record on appeal and appellant's points to and including August 9, 1960, with notice of argument for the September 1960 Term of this court, said appeal to be argued or submitted when reached. Concur — Breitel, J. P., Rabin, M. M. Frank, Stevens and Bastow, JJ.

■ In the Matter of SIDNEY LEINWOHL et al., against DEPARTMENT OF STATE OF THE STATE OF NEW YORK et al.— Motion to dismiss proceeding granted and the interim stay contained in the order of the Supreme Court, New York County, entered April 14, 1958, is vacated. Concur — Breitel, J. P., Rabin, M. M. Frank, Stevens and Bastow, JJ.

■ PHILIP JOSEPH v. R. & M. EMBROIDERY CO., INC., et al. R. & M. EMBROIDERY CO., INC., et al. v. EDWARD S. FRIEDLAND.— Motion by third-party plaintiffs-respondents to dismiss appeal granted, with $10 costs, unless the third-party defendant-appellant procures the record on appeal and appellant's points to be served and filed on or before August 9, 1960, with notice of argu-